1204

No. 00–8412. GRAY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1024. GORDON, TRUSTEE v. ALCATEL CONTRACTING, INC. C. A. 11th Cir. Motion of National Association of Bankruptcy Trustees for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–6745. CHANDLER v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to amend petition for writ of certiorari granted. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 00–640. McGUIRE ET AL. v. ROCK COUNTY BOARD OF SUPERVISORS ET AL., *ante*, p. 1073;

No. 00–695. MUSSER v. SALOMON/SMITH BARNEY, INC., *ante*, p. 1075;

No. 00–702. JUDGE v. HATCH ET AL., *ante*, p. 1075;

No. 00–706. HOGAN MANAGEMENT SERVICES v. MARTINO, DBA NORTH GEORGIA ORTHOPAEDICS, *ante*, p. 1075;

No. 00–766. JUDGE v. SUPERIOR COURT OF CALIFORNIA, *ante*, p. 1077;

No. 00–5597. RODRIGUEZ REYNA v. STEWART ET AL., *ante*, p. 945;

No. 00–5693. HUFF v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 912;

No. 00–5758. BROSEH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1081;

No. 00–6004. JACKSON v. RAMSEY COUNTY, *ante*, p. 967;

No. 00–6200. LEVERTON v. CITY OF HOUSTON POLICE DEPARTMENT ET AL., *ante*, p. 1016;

No. 00–6683. HAWKINS v. UNITED STATES, *ante*, p. 1025;

No. 00–6779. LURIA v. LURIA, *ante*, p. 1056;

No. 00–6894. WASHINGTON v. LOUISIANA STATE BOARD OF PRIVATE SECURITY EXAMINERS, *ante*, p. 1090;

No. 00–6950. BANKS v. PIZZINGRILLI, SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA, *ante*, p. 1092;

No. 00–6981. LITTLEJOHN v. UNITED STATES, *ante*, p. 1057;